**Marco DURAN–RAMIREZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–73458.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 19, 2010.

Marco Duran–Ramirez, Fontana, CA, pro se.

Stacy Stiffel Paddack, Kurt B. Larson, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

## MEMORANDUM **

Marco Duran–Ramirez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Singh v. Gonzales,* 491 F.3d 1090, 1095 (9th Cir.2007), and we deny the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA acted within its discretion in denying Duran–Ramirez's motion to reopen as untimely because it was not filed within 90 days of the BIA's final decision on his underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Duran–Ramirez failed to establish that he acted with the due diligence required for equitable tolling, *see Singh,* 491 F.3d at 1096–97.

**PETITION FOR REVIEW DENIED.**